EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: <br><br> Monserrate A. Maldonado Figueroa <br> Jorge R. Feliciano Santiago <br> Jorge L. Pérez Abreu <br> Ruby Ada Rodríguez Mercado <br> Brunilda Alvarado Colón <br> Kristina Lee Díaz Cooper <br> Luis Jiménez Burgos <br> Charles E. Figueroa Álvarez <br> Jesús a. Castellanos Melazzi | 2011 TSPR 170 <br><br> 183 DPR ____ |

Número del Caso: TS-4770
                 TS-2000
                 TS-7004
                 TS-9581
                 TS-5487
                 TS-16,302
                 TS-7145
                 TS-1821
                 TS-3347

Fecha: 9 de noviembre de 2011

Materia: Bajas voluntarias al ejercicio de la abogacía correspondientes al mes de Octubre.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

| | |
|---|---|
| Monserrate A. Maldonado Figueroa | 4770 |
| Jorge R. Feliciano Santiago | 2000 |
| Jorge L. Pérez Abreu | 7004 |
| Ruby Ada Rodríguez Mercado | 9581 |
| Brunilda Alvarado Colón | 5487 |
| Kristina Lee Díaz Cooper | 16,302 |
| Luis Jiménez Burgos | 7145 |
| Charles E. Figueroa Álvarez | 1821 |
| Jesús A. Castellanos Melazzi | 3347 |

RESOLUCIÓN

San Juan, Puerto Rico, a  9 de noviembre de 2011.

Durante el mes de octubre de 2011, este Tribunal autorizó la Baja Voluntaria del ejercicio de la abogacía de los siguientes abogados.

| | |
|---|---|
| Monserrate A. Maldonado Figueroa | 4770 |
| Jorge R. Feliciano Santiago | 2000 |
| Jorge L. Pérez Abreu | 7004 |
| Ruby Ada Rodríguez Mercado | 9581 |
| Brunilda Alvarado Colón | 5487 |
| Kristina Lee Díaz Cooper | 16,302 |
| Luis Jiménez Burgos | 7145 |
| Charles E. Figueroa Álvarez | 1821 |
| Jesús A. Castellanos Melazzi | 3347 |

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo